COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Lamonica Fox

Appellate case number:      01-19-00155-CV

Trial court case number:    2013-55225

Trial court:                247th District Court of Harris County

Lamonica Fox has filed a petition for writ of habeas corpus in this Court. In connection with a petition for writ of habeas corpus, a relator must include proof of restraint. *See* TEX. R. APP. P. 52.3(k)(1)(D). Although she claims in her petition that she is restrained of her liberty in the Harris County Jail, Fox has not provided proof that she is in custody.

Absent proof of restraint in some form, Fox is not entitled to relief. *See Ex parte Crawford*, 506 S.W.2d 920, 921 (Tex. App.—Tyler 1974, orig. proceeding) (holding that failure to provide proof of confinement or restraint precluded issuance of writ). The Court will consider proof of custody or restraint, such as a sheriff's certificate or other document establishing custody, if relator files this proof **by 5:00 p.m. Friday, March 22, 2019**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
         ☒ Acting individually    ☐ Acting for the Court

Date: ___March 19, 2019___